IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LAURA CHOATE                                                                                    PLAINTIFF

v.                                          Case No. 4:17-cv-4091

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY                                              DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal. ECF No. 9. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice. Accordingly, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED**, this 13th day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge